FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D20-0673
_____

AL PRINCE,

Petitioner,

v.

STATE OF FLORIDA,

Respondent,

_____

Petition for Belated Appeal—Original Jurisdiction.

September 3, 2020

PER CURIAM.

The petition for belated appeal is denied as untimely. *See* Fla. R. App. P. 9.141(c)(5)(A) ("In no case shall a petition for belated appeal be filed more than 4 years after the expiration of time for filing the notice of appeal.").

KELSEY, M.K. THOMAS, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Al Prince, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.